Case 1:23-cv-00376-MAC   Document 2   Filed 10/16/23   Page 1 of 6 PageID #: 10

FILED 10/3/2023 6:46 PM
Anne Reed, District Clerk
Orange County, Texas
Envelope No. 80219715
Reviewed By: Maria Hernandez

CAUSE NO. 230307-C

| | | |
|---|---|---|
| JUAN SANDOVAL | § § § | IN THE DISTRICT COURT OF |
| VS. | § § § | ORANGE COUNTY, TEXAS |
| THE DOW CHEMICAL COMPANY D/B/A DOW SABINE RIVER OPERATIONS | § § § § | 128th _____ JUDICIAL DISTRICT |

## PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, JUAN SANDOVAL, hereinafter referred to as "Plaintiff," complaining of and against THE DOW CHEMICAL COMPANY D/B/A DOW SABINE RIVER OPERATIONS, hereinafter referred to as "Defendant," and for cause of action, would respectfully show unto the Court the following:

I.

Plaintiff alleges that his anticipated damages are within the jurisdictional limits of the Court. Plaintiff's anticipated damages, both past and future, are within those prescribed by Rule 47(c)(4) of the Texas Rules of Civil Procedure. Plaintiff asserts that this matter should proceed under Rules 190.1 and 190.3 as a level 2 case.

II.

Plaintiff is a resident citizen of Port Arthur, Jefferson County, Texas.

Defendant, THE DOW CHEMICAL COMPANY D/B/A DOW SABINE RIVER OPERATIONS, may be served with process by and through its registered agent, to-wit: CT Corporation System, 1999 Bryan Street, Suite 900, Dallas, Texas 75201-3136.

III.

Plaintiff alleges that venue is proper in Orange County, Texas, pursuant to the terms and provisions of Chapter 15 *et seq.* of the Texas Civil Practice & Remedies Code, in that the cause of action, or a part thereof, accrued in Orange County, Texas.

IV.

At all relevant times hereto, Plaintiff, JUAN SANDOVAL, was employed by BrandSafway LLC. Plaintiff was employed as a scaffold builder, and was working upon the premises of the Defendant THE DOW CHEMICAL COMPANY D/B/A DOW SABINE RIVER OPERATIONS located at 2735 FM 1006 in Orange, Orange County, Texas. On December 28, 2022, Plaintiff sustained serious injuries while performing job services in the course and scope of his employment at such facility. More specifically, Plaintiff alleges that he and his crew were ordered by the Defendant to erect a scaffold underneath an above-ground "motor/engine" which existed in the facility. Plaintiff alleges that the scaffold was ordered so that maintenance to the motor could be performed. Plaintiff alleges that the Defendant issued permit(s) for the construction of the scaffold, representing that the scaffold could be safely erected by the Plaintiff and his crew. Plaintiff alleges, however, that while in the course of erecting the scaffold, the motor fell onto the Plaintiff's head and body, severely injuring the Plaintiff.

V.

Plaintiff, JUAN SANDOVAL, alleges that he was a business invitee at the time of the incident made the basis of this claim. As such, Plaintiff alleges the Defendant THE DOW CHEMICAL COMPANY D/B/A DOW SABINE RIVER OPERATIONS owed to him a duty

of ordinary care, including a duty to inspect the premises to discover any unreasonably dangerous condition(s), and if such condition(s) were found, to either correct the dangerous condition(s) or warn of its existence. Plaintiff alleges that the unsecured motor constituted an unreasonably dangerous condition. Plaintiff brings a cause of action against the Defendant under both a theory of premises liability and ordinary common law negligence.

VI.

Plaintiff alleges that the Defendant, THE DOW CHEMICAL COMPANY D/B/A DOW SABINE RIVER OPERATIONS , was negligent to the Plaintiff in the following respect:

a. In creating an unreasonably dangerous condition;

b. In failing to correct a dangerous condition on the premises;

c. In issuing permit(s) that the work could be safely performed when it could not;

d. In failing to properly inspect its premises to discover any dangerous condition; and,

e. In committing such other acts of negligence to be specified at the time of trial.

Each of the foregoing negligent acts and/or omissions whether taken singularly or any combination thereof was a proximate cause of Plaintiff's injuries and damages as is more specifically described hereinbelow.

VII.

As a result of the negligence of the Defendant, Plaintiff, JUAN SANDOVAL, has sustained the following damages for which he affirmatively seeks recovery from the Defendants:

1. Reasonable and necessary medical and other health care related expenses, assistance, and treatment in the past and future attributable to the injuries inflicted upon the Plaintiff as described herein;

2. Loss of wages and wage earning capacity, past and future;

3. Physical pain, past and future;

4. Mental anguish and suffering, past and future;

5. Physical impairment, past and future;

6. For general and special damages; and,

7. Such further legal and equitable relief as this Court may deem proper.

## VIII.

In addition to the foregoing, Plaintiff seeks both pre-judgment and post-judgment interest thereon to the maximum extent allowed by law.

## IX.

### SELF-AUTHENTICATION

Pursuant to Rule 193. 7 of the Texas Rules of Civil Procedure, this is the "actual" written notice that all documents produced in this litigation shall be used by the Plaintiff at pretrial proceedings and trial. Hence, all documents produced in this litigation are deemed self-authenticating for use in any pretrial proceeding or at trial; and, any objections thereto by the Defendant shall be in writing or placed on the record, giving Plaintiff a reasonable opportunity to establish the challenged document's authenticity.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that Defendant, THE DOW CHEMICAL COMPANY D/B/A DOW SABINE RIVER OPERATIONS, be cited to appear and answer herein, as required by law, and that upon final trial hereof, that Plaintiff have judgment against the Defendant, pursuant to the above and foregoing allegations, in such amounts as hereinabove set out, and as the evidence may show proper at the time of trial, together with pre-judgment and post judgment interest thereon at the highest legal rate, costs of court, and for such other and further relief, both at law or in equity, to which Plaintiff may be justly entitled to receive.

        Respectfully submitted,

        MOORE LANDREY, LLP
        905 Orleans Street
        Beaumont, Texas 77701
        Telephone:  (409) 835-3891
        Facsimile:  (409) 835-2707

        _____
        Tommy L. Yeates
        Texas Bar Association No. 22151100
        tyeates@moorelandrey.com

        ATTORNEYS FOR PLAINTIFF

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Brandy Hammers on behalf of Tommy Yeates
Bar No. 22151100
bhammers@moorelandrey.com
Envelope ID: 80219715
Filing Code Description: Petition
Filing Description: Plaintiff's Original Petition
Status as of 10/4/2023 8:20 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
| --- | --- | --- | --- | --- |
| Brandy Hammers | | bhammers@moorelandrey.com | 10/3/2023 6:46:25 PM | SENT |
| Tommy Yeates | | tyeates@moorelandrey.com | 10/3/2023 6:46:25 PM | SENT |