| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

JUAN SANDOVAL, §
§
    Plaintiff, §
§
*versus* §   CIVIL ACTION NO. 1:23-CV-376
§
THE DOW CHEMICAL COMPANY d/b/a §
DOW SABINE RIVER OPERATIONS, §
§
    Defendant. §

## ORDER OF DISMISSAL

In accordance with the parties' Stipulation of Dismissal (#12), filed February 13, 2024, this action is dismissed in its entirety, with prejudice. Each party shall bear its own costs of court and attorneys' fees.

THIS IS A FINAL JUDGMENT.

SIGNED at Beaumont, Texas, this 14th day of February, 2024.

                                          MARCIA A. CRONE
                                     UNITED STATES DISTRICT JUDGE